THIRD DEPARTMENT, MAY, 1952.

(May 7, 1952.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against STATE TAX COMMISSION, Respondent-Appellant; CITY OF NEW YORK, Intervener, Respondent, and JAMES J. McGUINESS, as Referee, Respondent.— Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. Motion by the intervener-respondent for an order dismissing the appeal of the respondent, State Tax Commission. Motion denied, without costs, and without prejudice. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. Motion by the intervener-respondent for an order dismissing the appeal of the relator-appellant denied, without costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [201 Misc. 976.] [See 280 App. Div. 903.]

CITY OF OGDENSBURG, Respondent, v. EDMUND FITZGERALD, Appellant.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Probate of the Will of BERTHA F. ORAM, Deceased.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of ETHEL RANDALL, Respondent, against PULLMAN COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 474.]

In the Matter of DAVID ERWICH et al., Copartners Doing Business as PARK ROW BOWLING ACADEMY, Appellants. EDWARD CORSI, as Industrial Commissioner, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 947.]